THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATRON CASTLEBERRY and JOHN BROWN, | : : : | Case No. 4:15-CV-00153 |
| Plaintiffs, | : : | |
| | : | (Judge Brann) |
| v. | : : | |
| STI GROUP and CHESAPEAKE ENERGY CORPORATION, | : : : | |
| Defendants. | : | |

**ORDER**
November 4, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant Chesapeake Energy Corporation's Motion to Dismiss (ECF No. 16) is GRANTED.

Under FED.R.CIV.P. 15(a), the Court grants Plaintiffs leave to amend the outlined deficiencies of their Complaint within the requisite timeframe.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge