IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATRON CASTLEBERRY<br>1011 Debusk Street<br>Jacksonville, TX 75766 | :<br>:<br>: | No.  4:15-CV-00153 |
| and | : | |
| JOHN BROWN<br>158 County Road 2432<br>Alto, TX 75925 | :<br>:<br>: | |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| STI GROUP<br>204 Wilson Industrial Drive<br>Towanda, PA 18848 | :<br>:<br>: | |
| and | : | |
| CHESAPEAKE ENERGY<br>CORPORATION<br>1 Fox Chase Drive<br>Towanda, PA 18848 | :<br>:<br>:<br>: | |
| Defendants. | : | |

**ORDER**

June 22, 2016

In accordance with the Memorandum Opinion issued today's date, **IT IS**

**HEREBY ORDERED THAT:**

1. Defendants' Motions to Dismiss, ECF Nos.32 and 33, are GRANTED.

2. Final judgment is entered in favor of Defendants and against Plaintiffs.

3. The action is dismissed with prejudice.

4. The clerk is directed to close the case file.

                              BY THE COURT


                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge