UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 16-3131

———————

ATRON CASTLEBERRY;
JOHN BROWN,

Appellants

v.

STI GROUP;
CHESAPEAKE ENERGY CORPORATION

———————

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4-15-cv-00153)
District Judge: Honorable Matthew W. Brann

———————

Argued March 28, 2017

**Before**: AMBRO, VANASKIE, and RESTREPO, Circuit Judges

———————

**JUDGMENT**

———————

This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 28, 2017.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated June 22, 2016, is hereby reversed and remanded.

Costs taxed against Appellees. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: July 14, 2017